IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN DOE,

    Plaintiff,

v.                                        Case No. 18-CV-427

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN
SYSTEM; UNIVERSITY OF
WISCONSIN-MILWAUKEE; NELIDA
CORTES, in her official capacity; JAMIE
CIMPL-WIEMER, in her official capacity;
AND JOHANNES BRITZ, in his official
capacity,

    Defendants.

## DEFENDANTS' MOTION TO DISMISS

TAKE NOTICE that the defendants, by their attorneys, Attorney General Brad D. Schimel and Assistant Attorney General Rachel L. Bachhuber, hereby move the Court, pursuant to Fed. R. Civ. P. 12(b)(6), for an Order dismissing the plaintiff's claims. The grounds for this motion are set forth in the accompanying brief.

Dated this 8th day of June, 2018.

                                        Respectfully submitted,

                                        BRAD D. SCHIMEL
                                        Wisconsin Attorney General

                                        s/Rachel L. Bachhuber
                                        RACHEL L. BACHHUBER
                                        Assistant Attorney General
                                        State Bar #1052533

                                        Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188
(608) 267-8906 (Fax)
bachhuberrl@doj.state.wi.us